UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

NED GARRETT, JR.,               )
                                )
         Petitioner,            )
                                )
v.                              )   No. 1:05-cv-1569-SEB-VSS
                                )
TOM HANLON,                     )
                                )
         Respondent.            )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 10/11/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Blaine Martin
INDIANA STATE ATTORNEY GENERAL
jmartin@atg.state.in.us

Ned Garrett, Jr.
# 853534
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064